JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   SILVIA M.,                           Case No. 2:20-cv-10952-KES

12                  Plaintiff,

13        v.                              JUDGMENT

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
                   Defendant.
16

17

18        IT IS HEREBY ADJUDGED that, for the reasons set forth in the

19   Memorandum Opinion and Order, the decision of the Commissioner of the Social

20   Security Administration is affirmed and this action is dismissed with prejudice.

21

22   DATED: July 18, 2022

23                                        _____
                                               KAREN E. SCOTT
24                                         United States Magistrate Judge

25

26

27

28